AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

6/25/20
JULIA C. DUDLEY, CLERK
BY: s/ ELLA SURBER
    DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:20MJ91
1111 Warbler Road RT 83 E. Slate Creek Grundy, VA )
24614 )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Virginia___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___July 8, 2020___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Honorable Magistrate Judge Pamela Meade Sargent___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___

Date and time issued: ___6/24/20 @ 4:02 p.m.___     */s/ Pamela Meade Sargent*
                                                   *Judge's signature*

City and state:  Abingdon, VA                      Honorable Magistrate Judge Pamela Meade Sargent
                                                   *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

### Certification

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 106 (Rev 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

1111 Warbler Road RT 83 E. Slate Creek Grundy, VA 24614

Case No. 1:20MJ91

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the Western District of Virginia, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922 (a)(1)(A) | Engaging in the business of importing, manufacturing, or dealing in firearms without a Federal Firearms License |

The application is based on these facts:

See Attachment C

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Brandon Vines
*Printed name and title*

Sworn to before me and signed in my presence. telephonically

Date: 6/24/20

City and state: Abingdon, VA

*Judge's signature*

Honorable Magistrate Judge Pamela Meade Sargent
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT FOR THE RESIDENCE LOCATED AT 1111 WARBLER ROAD RT 83 E. SLATE CREEK, GRUNDY, VA 24614 | **FILED UNDER SEAL**<br><br>Case No. _____ |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Brandon Vines, being first duly sworn, hereby depose and state as follows:

#### INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant, Brandon Vines, is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and has been employed in such capacity since December 2013. Your Affiant has successfully completed the Criminal Investigator Training Program and the ATF Special Agent Basic Training Academy at the Federal Law Enforcement Training Center, located in Glynco, Georgia, where your Affiant received specialized training in the investigation of federal crimes involving firearms, alcohol and tobacco diversion, arson and explosives and narcotics. Your Affiant is currently assigned to the Washington Field Division, Bristol Field Office, which investigates violations of federal firearms laws, violent crime and armed narcotics trafficking. During my tenure with ATF, one of my primary duties has been investigating firearms and narcotics trafficking enterprises. During my time with the ATF, I have received training on narcotics and firearms trafficking and the methods used by narcotics and firearms traffickers. In addition, I have been involved in arrests and interviews of narcotics and firearms traffickers. I have also been involved in wiretap investigations and the execution of search warrants in relation to narcotics and firearms trafficking. As a result, I am familiar with the manner and means of narcotics and firearms trafficking.

2. Prior to my employment with ATF, I was a sworn police officer with the Memphis Police Department for over five years. Throughout my career as a sworn police officer with the Memphis Police Department, I have participated in numerous investigations and prosecutions involving state firearms and drug-related offenses.

3. I am an investigative law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code, and am empowered by law to conduct

investigations and to make arrests for the offenses enumerated in Section 2516 of Title 18 United States Code.

4. I know that according to Title 18, United States Code, Section 922(a)(1) it shall be unlawful for any person except a licensed importer, licensed manufacturer, or licensed dealer, to engage in the business of importing, manufacturing, or dealing in firearms, or in the course of such business to ship, transport, or receive any firearm in interstate or foreign commerce.

5. Based on my training and experience and the facts, as set forth in this affidavit, there is probable cause to believe that Leon ST. CLAIR has committed violations of Title 18, United States Code, Section 922(a)(1). There is also probable cause to search the residence of ST. CLAIR described in Attachment A for evidence of this crime and contraband or fruits of these crimes, as described in Attachment B.

## PROBABLE CAUSE

6. As part of ATF's mission, from 2017 to 2019, Virginia State Police SA Walt Parker has been attending different flea market and trading center venues in southwest Virginia identifying individuals who appear to be in the business of dealing firearms without a Federal Firearms License (FFL). SA Parker would identify individuals who attended these venues on a regular basis with tables set up to sell firearms. SA Parker would note the individuals who attended multiple venue locations with the same objective of selling firearms. SA Parker would also observe the dealers inventory, looking at the quantity and type of firearms for sale. When SA Parker identified individuals who appeared to be engaged in the business of selling firearms, he would speak to them. SA Parker would educate and warn these individuals. SA Parker would describe how they were showing signs of dealing firearms without a FFL due to their consistency, businesslike manner and operations, and other specific factors. SA Parker would then tell the individual they needed to obtain a FFL if they continued to engage in the business of selling firearms. COMPTON and Leon ST. CLAIR have been displaying large quantities of various types of firearms for trade or sale at the Indian Mountain Trade Center and observed by VSP SA Parker for the past three years on a regular basis. COMPTON and ST. CLAIR are always set up in the same booth respectively underneath a large covered shed. COMPTON'S rental location is A15 and ST. CLAIR'S rental location is A16. They set up next to each other with their rental locations side by side. They both have homemade gun racks on their rented booths to aid their display of shotguns and rifles. VSP SA Parker has observed COMPTON and ST. CLAIR numerous times with similar numbers of firearms displayed for trade or sale. ST. CLAIR will normally display approximately 40 long guns and 20-30 handguns of various makes and models. COMPTON and ST. CLAIR always park their vehicles backed in behind their booths to ease their loading and unloading of firearms. VSP SA Parker has observed additional firearms inside their vehicles, indicating the two men only display a portion of their inventory. VSP SA Parker

has observed the two men getting firearms out of their vehicles or putting firearms in their vehicles while parked at their booths. On more than one occasion, VSP SA Parker has advised ST. CLAIR that firearm sales are for instate residents only and Virginia resident to Virginia resident. Also, that he was allowed to sell his personal collection but could not keep trading and buying firearms and restocking his inventory for the purpose of selling; if he continued he would need to get an FFL. Below is a photo of the rental booths which COMPTON and ST. CLAIR occupy.



7. In October 2019, ATF began conducting surveillance at the Indian Mountain Trade Center in Wise, VA in order to identify any individuals who appeared to be engaging in the business of selling firearms without a Federal Firearms License. The Indian Mountain Trade Center is located at 6988 Orby Cantrell Hwy, Wise, Virginia 24293. The flea market is in close proximity to Kentucky and is usually operated several days a week. The flea market is an open air market with several large covered sheds. There are usually six to seven firearm vendors at the market every Wednesday and usually the same firearm vendors from week to week. The flea market also has numerous other vendors who sell non-firearm related items. The vendors pay a fee to rent a booth at the flea market and most vendors rent the covered booths monthly. ST. CLAIR has occupied the same covered booth since ATF began the investigation in September of 2019. ST. CLAIR is almost always present and set up to trade and sell firearms spring, summer, fall, and winter if weather permits. ST. CLAIR has been observed set up to trade or sell firearms during very cold weather. Below is a photo of the flea market.



8. From October 2, 2019 to March 18, 2020, investigators regularly attended the Indian Mountain Trade Center on Wednesdays. Investigators attended the Indian Mountain Trade Center on 12 occasion between the aforementioned timeframe. ST. CLAIR was observed at the flea market displaying a large number of firearms for sale on 11 occasions from October 2, 2019 to March 18, 2020. The flea market was closed for several weeks due to the Covid-19 pandemic. Once the flea market reopened investigators once again began attending the flea market. On May 23, 2020 ST. CLAIR was observed at the Indian Mountain Trade Center with firearms displayed for sale. Additionally, investigators discovered that ST. CLAIR sold firearms in a warehouse parking lot in Grundy, VA. ST. CLAIR was observed selling firearms in a parking lot in Grundy, VA on five occasions from January 31, 2020 to June 12, 2020. ST. CLAIR regularly displayed 25 to 50 firearms for sale. When ST. CLAIR would sell firearms at the Indian Mountain Trade Center he would display his rifle/shotguns in a homemade gun rack which held at least 20 long guns. ST. CLAIR would display his handguns on a table. ST. CLAIR occupied the same tables at the flea market from week to week. When ST. CLAIR sold firearms in the parking lot at the warehouse in Grundy, VA he had a table set up which displayed his firearms. Additionally, the make and model of firearms in ST. CLAIR inventory did appear to change however, the quantity of firearms in his inventory appeared to remain roughly the same during the time period. For this reason, investigators believe ST. CLAIR was replenishing his inventory. Below is a photo of ST. CLAIR and his 2001 Brown Chevy Venture. The rear hatch of ST. CLAIR'S van is open and a table is set up behind the vehicle with various firearms displayed for sale. ST. CLAIR is wearing a cap, blue jean colored jacket, and tan pants in the photo.



9. Below is a photo of ST. CLAIR and his firearms displayed for sale at the Indian Mountain Trade Center on February 26, 2020.



10. On January 8, 2019, 2019, Special Agent Vines with the ATF, Bristol Field Office conducted surveillance at the Indian Creek Mountain Trading Center in Wise County,

VA to identify firearm vendors who appear to be engaging in the business of selling firearms without an FFL in violation of Title 18 U.S.C. § 922 (a)(1)(A). While conducting surveillance, SA Vines observed Leon ST. CLAIR behind a table with approximately 22 rifles/shotguns in a gun rack and at least ten handguns on the table. SA Vines picked up a handgun that was on the table and asked ST. CLAIR if he had shot the firearm. ST. CLAIR said the only thing he had shot was a .22 caliber handgun that was on the table. SA Vines asked ST. CLAIR about an AR type rifle that he had standing up in a rack. While SA Vines was talking with ST. CLAIR a white female walked up to the table and asked ST. CLAIR if he had a "snub nose .38." ST. CLAIR said he did not have one, but the guy over there may have one (referring to Leon COMPTON). ST. CLAIR said he guarantees everything he sells. SA Vines told ST. CLAIR people may not be able to buy those rifles much longer and ST. CLAIR told SA Vines that he is right. ST. CLAIR told SA Vines he has a bunch put up. There was a brown 2001 Chevy bearing a VA tag of UXS6628 parked behind ST. CLAIR. According to the Virginia DMV, the vehicle is registered to Leon ST. CLAIR.

11. On January 29, 2020 ATF SA Vines, acting in an Undercover (UC) capacity, attended the Indian Mountain Trade Center flea market in Wise, VA. Upon arriving at the flea market, SA Vines walked up to St. CLAIR'S table. ST. CLAIR had approximately 25 long guns in a rack and several more on the table for sale. Two males were standing at the table looking at the guns. One of the males was carrying a handgun and the other was looking at a long gun that was for sale by ST. CLAIR. ST. CLAIR had two AR-15 style rifles on the table. St. CLAIR had approximately 15-20 handguns on the table.

12. SA Vines walked away from ST. CLAIR and shortly after walked back to the table occupied by St. CLAIR. SA Vines asked ST. CLAIR how much he wanted for the Anderson AM-15 5.56 caliber rifle ("Anderson rifle") and he said $550.00. While SA Vines was looking at the Anderson rifle an unknown male was talking to St. CLAIR about a long gun that he (the unknown male) was selling. ST. CLAIR asked the man how much he wanted for the gun and the man said $775. ST. CLAIR said he just sold one for $650. SA Vines asked ST. CLAIR about a .30 caliber rifle that was on the table. ST. CLAIR said he wanted $1,000 for the rifle. SA Vines asked ST. CLAIR if he would take $525 for the Anderson rifle and he agreed. SA Vines paid ST. CLAIR $525 for the Anderson rifle. ST. CLAIR told SA Vines "I've got four sold right now if I could get them." ST. CLAIR said he just bought the Anderson rifle yesterday. ST. CLAIR was referring to the Anderson rifle that SA Vines purchased.

13. SA Vines walked back to Tommy DOTSON'S table. Private Individual # 2 (herein referred to as PI # 2) walked up to SA Vines and asked him if he found him something. PI # 2 was referring to the rifle that SA Vines was carrying. SA Vines told PI # 2 he found an Anderson rifle. PI # 2 said he/she believed "Leon" had that one. PI # 2 was referring to Leon St. CLAIR. PI # 2 said he/she seen it down there earlier in the morning. PI # 2 asked SA Vines if he paid $550 for the rifle. SA Vines told PI # 2 "Leon" quoted him $550, but he gave it to him for a little less.

14. The Anderson rifle purchased from St. CLAIR was later examined by SA Vines and determined to be an Anderson AM-15 5.56 caliber rifle, bearing a serial number of 18205376. The Anderson rifle was later traced by ATF's Firearm Tracing Center. According to the ATF trace report the Anderson rifle was purchased in Waynesville, NC on January 4, 2019.

15. On February 12, 2020 ATF SA Vines, acting in an Undercover (UC) capacity, attended the Indian Mountain Trade Center flea market in Wise, VA. Upon arriving at the flea market, SA Vines began walking though the flea market in order to identify those individuals who appeared to be engaging in the business of dealing firearms without an FFL. While at the flea market, SA Vines purchased a Chinese made SKS 7.62 caliber rifle, bearing a serial number of 02603 from Lonnie COMPTON. While SA Vines was negotiating a price for the SKS rifle, SA Vines asked COMPTON how much he wanted for the rifle. COMPTON said he bought the gun for $300 and the high capacity magazine for $25. SA Vines told COMPTON he (SA Vines) was sure he (COMPTON) wanted to make some money on it. Before COMPTON responded, ST. CLAIR said "That's the name of the game." ST. CLAIR occupied the table directly adjacent to COMPTON. COMPTON said if you give me just a little bit he would sell it. SA Vines asked COMPTON if he would take $350 and he agreed. SA Vines purchased the SKS, one high capacity magazine, and one smaller magazine for $350.

16. On February 26, 2020, ATF SA Vines, acting in an Undercover (UC) capacity, attended the Indian Mountain Trade Center flea market in Wise, VA. Shortly after entering the flea market, SA Vines observed Leon ST. CLAIR with a table at the same location in which he had been observed multiple times in the past. ST. CLAIR had approximately 30 long guns in a rack for sale and approximately 20 handguns on his table for sale. There were numerous handguns on ST. CLAIR'S table that looked to be new. ST. CLAIR also had an AR type rifle on the table for sale. SA Vines walked away from ST. CLAIR'S table.

17. After walking away from ST. CLAIR, SA Vines met with Private Individual #1 (herein referred to as PI # 1) in an attempt to purchase a firearm. SA Vines asked PI # 1 if he/she had any ARs with him/her. PI # 1 said he/she just sold him (referring to Leon ST. CLAIR) a "300 Blackout."

18. SA Vines walked back to ST. CLAIR'S table. SA Vines didn't see the AR type rifle on the table and thus asked ST. CLAIR if he sold it. ST. CLAIR said he sold it and it was a "300 Blackout." SA Vines asked ST. CLAIR if he had any more AR rifles with him for sale. ST. CLAIR said he had one at home, but the 300 Blackout is the only one he brought with him. ST. CLAIR said a guy put some money down on it Saturday and came back today and got it. While looking at ST. CLAIR'S rack of long guns for sale SA Vines noticed the two new looking AR rifles that were observed in ST. CLAIR'S long gun rack two weeks prior were now gone.

19. On March 11, 2020, members of the ATF, Bristol Field Office, through the use of ATF Confidential Informant (CI), herein referred to as CI # 1, purchased a Glock 35, .40 caliber pistol bearing a serial number of DZF804 from Leon ST. CLAIR. CI # 1 was

deployed by SA Vines on foot at the Indian Mountain Trade Center Flea Market. CI # 1 walked up to ST. CLAIR'S table. CI # 1 was accompanied by SA Tabor who was acting in an undercover capacity. CI # 1 asked ST. CLAIR how much he wanted for a Glock pistol that was on his table. ST. CLAIR said he wanted $425. CI # 1 asked ST. CLAIR if he would take $400 for the Glock. ST. CLAIR said he would take $410 for the pistol. CI # 1 purchased the Glock 35 from ST. CLAIR for $410. While CI # 1 and SA Tabor were standing at ST. CLAIR'S table there were several customers that came through asking ST. CLAIR and COMPTON how much they were wanting for the firearms that were on their tables. SA Tabor asked ST. CLAIR how much he wanted for a rifle that was on the table. ST. CLAIR quoted SA Tabor $550 a piece for two rifles that were on the table. ST. CLAIR said he wanted $650 for the Stag rifle. ST. CLAIR quoted SA Tabor $600 for a "300 blackout." Following the purchase, CI # 1 took the Glock 35 and provided it to SA Vines.

20. During the purchase, ST. CLAIR never asked CI # 1 if he/she was a Virginia resident nor did he ask him/her if he/she could legally purchase a firearm. CS # 1 was in fact not a Virginia resident. Additionally, CS # 1 is prohibited from possessing firearms due to a previous felony conviction.

21. On March 18, 2020, ATF SA Tabor, acting in an Undercover (UC) capacity, attended the Indian Mountain Trade Center flea market in Wise, VA. While walking through the flea market, SA Tabor approached the booths of Leon ST. CLAIR and Lonnie COMPTON. SA Tabor observed several persons standing at the booth interacting with both men. SA Tabor observed a new in the box Sig Sauer pistol with serial number GS71722, and a pistol with serial number MSE6365 on display at ST. CLAIR'S booth. SA Tabor asked ST. CLAIR what he was asking for a Kimber pistol on display, he replied $1300.00 just like it is. SA Tabor observed another firearm that appeared to be new in the box with serial number VCR72031. SA Tabor walked away from ST. CLAIR'S booth. SA Tabor later returned to ST. CLAIRE'S booth and observed what looked to be a new in the box Smith and Wesson pistol with serial number MSE6365.

22. On June 12, 2020, ATF SAs Vines and ATF SA Gonzalves observed ST. CLAIR in the warehouse parking lot on US-460 in Grundy, VA. ST. CLAIR had several long guns on a table for sale. ST. CLAIR'S brown 2001 Chevy Venture was parked behind his table.

23. According the ATF National Tracing Center (NTC) ST. CLAIR had one prior firearm trace. On June 4, 2002, ST. CLAIR purchased a North American Arms NAA22 .22 caliber revolver bearing serial number E018334 in Grundy, VA. The Revolver was recovered by the Buchanan County, Sheriff's Office in Grundy Virginia on September 02, 2002. The revolver was recovered 90 days after ST. CLAIR purchased the revolver.

24. On February 7, 2020, ATF Industry Operations Investigator (IOI) James Bowen queried Leon ST. CLAIR in the ATF Federal Licensing System (FLS) to determine if he had been, or is currently associated with holding a FFL. The search revealed negative results indicating that ST. CLAIR has never possessed a FFL nor been associated with an FFL.

25. ATF, through the use of an undercover Special Agent and Confidential Informant, purchased the following firearms from ST. CLAIR:

   a. Anderson AM-15 5.56 caliber rifle, SN: 8205376
   b. Glock 35, .40 caliber pistol, SN: DZF804

26. ATF SA Levesque examined each of the above firearms for purposes of determining classification under Title 18 U.S.C., Chapter 44 and whether each firearm has moved in interstate or foreign commerce. SA Levesque determined that none of the above firearms were manufactured in the State of Virginia. It is the opinion of SA Levesque that if these firearms were received and/or possessed in the State of Virginia, they traveled in or affected interstate and/or foreign commerce.

27. A Driver's License check through the Virginia Department of Motor Vehicles, list Leon ST. CLAIR'S address as 1111 Warbler Rd., RT 83 E Slate Creek, Grundy, VA 24614.

28. While conducting surveillance at 1111 Warbler Rd on April 10, 2020, SA Vines observed ST. CLAIR'S brown Chevy Venture bearing Virginia Tag UXS6628 parked in the carport of the residence. According to the Virginia DMV the 2001 brown Chevy Venture is registered to Leon ST. CLAIR at a P.O Box in Grundy, VA.

29. Based on my training and experience, I know that individuals who engage in the business of buying and selling firearms keep records and receipts of firearms and firearms parts and that they keep a large inventory of firearms to sell and trade. I also know that individuals who engage in the business of buying and selling firearms will store their firearms, records, and receipts of firearms and firearm parts at their residence.

30. I know that based on my training and experience, vendors and sellers who operate in or at flea markets and trading centers handle large amounts of U.S. currency while in the course and scope of selling firearms.

31. Based on the information listed above, I believe that evidence of a violation, listed in attachment "B" of this affidavit, of Title 18 United States Code, Section 922(a)(1) (in that ST. CLAIR is engaged in the business of dealing firearms without an FFL) will be located at the residence and surrounding curtilage of Leon ST. CLAIR, 1111 Warbler Rd., RT 83 E Slate Creek, Grundy, VA 24614, which is more fully described in Attachment "A" of this Affidavit.

Brandon Vines
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me, this 24th day of June, 2020. ~~telephonically~~

U.S. Magistrate Pamela Sargent

Seen by:

Whitney D. Pierce, AUSA

## ATTACHMENT A

### DESCRIPTION OF PLACES TO BE SEARCHED

**THE PREMISES:**

A partial brick tan colored house. There is a white picket fence around the front portion of the residence. There is a carport in the rear of the residence. There are at least two outbuildings behind the house.

**VEHICLES/CURTILAGE:**

Any and all vehicles and outbuilding(s) on the property.

**LOCATION OF THE PREMISIES:**

Residence is located at 1111 Warbler Rd., RT 83 E Slate Creek, Grundy, VA 24614
Below is a photo of the residence.



## ATTACHMENT B

## DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED

**Firearms**

Firearms and other items pertaining to the possession, purchase, sale or trade of firearms, including gun cases, magazines, holsters, spare parts for firearms, firearms cleaning equipment, photographs of firearms or of persons in possession of firearms, receipts, and records, for the purchase, sale, manufacture and/or repair of all these items.

**Records Relating to Firearms**

Any and all records relating to the possession, purchase, sale, or trade of firearms, including financial records and bank statements; documents and records that indicate or relate to the purchase and/or sale of firearms; U.S. currency, cashier's checks, and money orders; gun show materials, including advertising signage, gun displays, and gun racks, and any other materials or documents that could be used to advertise the sale of firearms.