AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:20mj91 | Date and time warrant executed: 6/26/2020, 10:00AM | Copy of warrant and inventory left with: Lear ST Clair |
| Inventory made in the presence of: SA P. Gonzalez | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Marlin Model 917V
Part of RPG-7
Winchester Model 37
Winchester Model 37
Winchester Model 1400 mk s
Norinco Model AK
Keltec KSG
Unmarked Shotgun Receiver (stainless steel)

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUN 30 2020

JULIA C. DUDLEY, CLERK
BY /s/ 
DEPUTY CLERK

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/26/2020

_Executing officer's signature_

Brandon C. Vines   Special Agent ATF
_Printed name and title_

Returned to me this 29th day of June, 2020.
Pamela Meade Sargent
USMJ